[No. 31222-4-III.   Division Three.   November 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS EARL MEYER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-1-01017-3, Craig J. Matheson, J., entered October 24, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Korsmo, JJ.

[No. 31759-5-III.   Division Three.   November 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. COURTNEY CORY ARBUCKLE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-02862-2, Annette S. Plese, J., entered June 20, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 31892-3-III.   Division Three.   November 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFONSO CERDA SALAZAR, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 12-1-00579-9, John M. Antosz, J., entered August 12, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 68541-4-I.   Division One.   November 17, 2014.]

*In the Matter of the Marriage of* JOHNNY CLARK, *Petitioner*, and BRENDA CLARK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-3-08916-4, Jeffrey M. Ramsdell, J., entered February 29, 2012. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Appelwick and Lau, JJ.